IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| CHRISTINE LEFONT and BRIAN BURNS, | : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. : 2:10-CV-000036-RWS : |
| SUNTRUST MORTGAGE INC., | : : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of Final Report and Recommendation [28] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, SunTrust Mortgage, Inc.'s Motion to Dismiss [10] is hereby **GRANTED** and Plaintiffs' Complaint is hereby **DISMISSED**.

**SO ORDERED**, this   16th   day of February, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)